FILED
2016 Sep-30 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-HS-1609-W

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 SEP 30 A 11: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

TIMOTHY DEMPSEY

Inmate Identification Number: 291682

ON behalf of UNITED STATES of AMERICA and ALL

(Enter above the full name of the plaintiff in this action)

*NOTICE TO FILING PARTY*

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

STATE of ALABAMA,

JEFFERSON COUNTY, AL

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( X ) No ( ) *Require Legal assistance to determine

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: TIMOTHY DEMPSEY

Defendant(s): JONATHAN TINDLE, ect.

2. Court (if Federal Court, name the district; if State Court, name the county)

JEFFERSON COUNTY, (BESSEMER DIVISION)

3. Docket number CV-2014-50

4. Name of judge to whom case was assigned HONORABLE CARPENTER

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

STILL PENDING

6. Approximate date of filing lawsuit FEB. 2014 (Civil Rights Violations) continuing

7. Approximate date of disposition N/A

II. Place of present confinement BIBB CORRECTIONAL

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? Filed Grievance, Placed all STATE COURTS ON NOTICE.

2. What was the result? DENIED AND NO RESPONSE.

D. If your answer is NO, explain why not:

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) TIMOTHY DEMPSEY and UNITED STATES

Address 565 BIBB LN
Brent, AL 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant STATE of ALABAMA

Is employed as Corporation

at 501 Washington Ave, Montgomery, AL 36104

C. Additional Defendants JEFFERSON COUNTY (allcaps)
1851 2nd Ave, North
BESSEMER, AL 35020

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

AL. Constitutional Rights and U.S. Const. rights were violated by The STATE of ALABAMA in my Judicial Proceedings and inprisonment. To do a proper claim I request counsel to assist in this matter. Please appoint Col. Barr D. Younker, Marcelyn Arquin and Kathy Skipper. AT&T, J. Tindle, L. Schiffman and Joan Singleton are also requested.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① Emergency release order
② Full Federal review/investigation of State funds received
③ all my debts paid and $80[illegible] million, after attorney fee's
④ Expungement of "all" Criminal Records
⑤ Immunity for my Team and Family + Friends involved. I decide!
⑥ BIBB County Corr. Land returned to owner with no prison on it.
Leave structures except what owner determines.

* ↗ next page

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2016.

[signature]
SIGNATURE

ADDRESS 565 Bibb Ln
Brent, AL 35034

AIS # 291682

additional Relief

1. AT&T, ~~involved~~ Involved as party.
2. 3 private requests.
3. Right to Amend Relief.
4. Jury TriaL - DEMANDED Notification
5. Formal Appology in writing from STATE of ALABAMA
6. Injunction on Sheriffs receiving kick back on Food in Jails Budget.
7. Investigation of Jefferson County, illegally Making audio Recordings on inmate phone System that it does not own, thus, Warrant is required.
8. Investigation of Alabama Prison System Making audio Recordings of inmate calls without a warrant on phone System that it does not own.
9. Price gouging in Jefferson County Jails on Canteen Items and taxation. *Investigation*
10. Price gouging in ALABAMA Prison System From Incentive Packs For Inmates *Investigation*.

Very Truly

[signature]

TIMOTHY DEMPSEY

Attachment

1. Amanda Barksdale 6000- plus interest
2. Bob + Michael Perkins 1000- plus interest
3. Joan Singleton 250-
4.Borr D. Younker 275- May not/May
5. American Express 10,000-
   Dad's + I
6. Dad's Bills 60,000- Estimated
7. David Smith 200-

2,229,250
89,725

2,318,975-

total is estimated

plus

AT+T = unknown

Timothy [illegible] Dempsey
[illegible]
[illegible]
[illegible] 3[illegible]34

September 27, 2016

U.S. Dist. of Court
1729 5th Ave. N.
Birmingham, AL 35203

RE: DEMPSEY, U.S., VS. STATE of ALABAMA
"Judicial Notice Requested"

Dear Clerk,

Please inform the Court that the STATE of ALABAMA broke Florida Laws when it filed Copies of Bail Bonds in Case without prior written consent from the Insurance Companies who are out of FLORIDA and probably surrounding States.

I have notified BANKERS INS. COMPANY at P.O. Box 33015, St. Petersburg, FL 33733, that they have been [illegible] in my Case.

Very Truly,

[signature]

TIMOTHY DEMPSEY

CC: Fox Media, US Dist. Court
Bankers Ins. Comp.

[illegible]

Sept 27, 2016

U.S. District Court
[illegible]
Birmingham, AL [illegible]

Re: DEMPSEY, U.S. V ALABAMA
[illegible]

Dear Clerk:

Please inform the Court that KILBY Correctional does not even have charges of assaults, stabbings, theft, or prison contraband filed in Court System. This is a major prison felony and a large violation of Law of peoples civil rights. This is a huge cause for prison violence and officers to be tempted to break the Law. How many other Correctional Facilities have worked out deals to not prosecute a person who violates the Law?

Please seize all prison and Court documents in the County in which a prison is located.

Very Truly,
[signature]

cc: File, M.d.a

[illegible]
[illegible]
[illegible]
[illegible] AL 35[illegible]

September 27, 2016

U.S. District Court
1729 5th Ave North
Birmingham, AL 35203

RE: DEMPSEY, U.S., V. STATE of ALABAMA

[illegible] of Kidnapping

Dear Clerk,

I have been [illegible] kidnapped by the STATE of ALABAMA. They [illegible] involuntary confinement [illegible]. The ALABAMA Courts have failed to allow me redress and the Circuit Clerk of [illegible] County failed/refused to allow me to file [illegible] ALABAMA Courts.

Please issue emergency release order and provide assistance to travel home.

Very Truly

[signature]
TIMOTHY DEMPSEY

CC: File, Media, District Attorney
U.S.